UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Theron Preston Washington,

        Plaintiff,

v.

Robert J. Holley, Tonia Reaves, Michael Plaxico, Kira Spraggins, Elijah X. Washington, Mark Washington, Louis Farrahkhan, Benny Washington,

        Defendants.

Civil No. 14-1007 (JNE/JJK)
ORDER

This case is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on April 17, 2014. The magistrate judge recommended that Plaintiff's application for leave to proceed in forma pauperis be denied and that the action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). No objection to the Report and Recommendation was filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 4]. Therefore, IT IS ORDERED THAT:

1. Plaintiff's application for leave to proceed in forma pauperis [Docket No. 2] is DENIED.

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 10, 2014

                              s/Joan N. Ericksen
                              JOAN N. ERICKSEN
                              United States District Judge